THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant.

Submitted December 21, 2015; decided January 5, 2016

Motion by Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.